# United States Bankruptcy Court
## Southern District of Ohio

In re  **Todd Daviso**
**Shara Daviso**
_____   Case No. _____
                                    Debtor(s)   Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **May  7, 2019**
_____

**/s/ Todd Daviso**
_____
**Todd Daviso**
Signature of Debtor

Date:   **May  7, 2019**
_____

**/s/ Shara Daviso**
_____
**Shara Daviso**
Signature of Debtor